## THOMAS EMERSON *versus* GABRIEL GODFROY

PAPERS IN FILE (1824–25): (1) Precipe for entry of amicable suit; (2) stipulation extending time to plead; (3) discontinuance.
*1824–36 Calendar*, MS p. 52.

## THOMAS EMERSON *versus* GABRIEL GODFROY

PAPERS IN FILE (1824–25): (1) Precipe to enter amicable suit; (2) recognizance; (3) bail piece; (4) stipulation extending time to plead; (5) discontinuance.
*1824–36 Calendar*, MS p. 51.

## SAMUEL H. YALE AND WILLIAM W. YALE *versus* JOHN ANDERSON

PAPERS IN FILE (1824): (1) Precipe for habeas corpus; (2) letter from attorney to clerk.
*1824–36 Calendar*, MS p. 62.

## BENJAMIN DAVIS *versus* WYMAN A. TOWN

PAPERS IN FILE (1824): (1) Precipe for habeas corpus.
*1824–36 Calendar*, MS p. 63.